*FRANKLIN vs. ALEXANDER & AL.*

APPEAL FROM THE COURT OF THE SEVENTH JUDICIAL DISTRICT, THE JUDGE OF THE DISTRICT PRESIDING.

The execution of a note upon which suit is founded being established, and its consideration shewn ; the plea of usury set up against it appearing unfounded, judgment for the amount of the note, interest and cost will be affirmed

The note sued on was dated, February 19th., 1825, and had been given on a settlement between the parties for the balance due for the purchase of 8 slaves by the defendants from the plaintiff. The note was given for $2,103 78 with interest at 10 per cent. until paid. It was given after several renewals of previous notes, in which it clearly appeared from the record, that coventional interest had been faithfully and correctly computed.

*Western District.*
*October, 1830.*

FRANKLIN
*vs.*
ALEXANDER.

The defendants set up in defence, a redhibitory defect in one of the slaves, which was wholly unsupported by testimony.—Also, that the plaintiff gave a written act of sale, which was without date and thereby incomplete, and prayed for its completion before they should be compelled to make payment. Finally, exception was taken to the plaintiff's answer to interrogatories as evasive and not categorical.

A motion for a new trial was made and overruled.

*Wilson & Flint* argued for the plaintiffs.

*Patterson* for defendants.

*Martin J.* delivered the opinion of the Court.

The defendants sued on their note, pleaded the general issue and a want of consideration.

Judgment was given against them and they appealed.

The execution of the note is established, and the consideration is a balance due for the purchase of sundry slaves. The plea of usury is not supported.

It is therefore ordered, adjudged and decreed that the judgment of the District Court be affirmed with costs in both Courts.

The execution of the note upon which suit is founded being established, and its consideration shewn; the plea of usury set up against it appearing unfounded, judgment for the amount of the note, interests and cost will be affirmed.